AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**William Yates** | )<br>)<br>)<br>)<br>)<br>) |

Case No.    25-cr-20442 SHL/tmp

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    William Yates                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ☑ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 USC 922(g)(1) - Unlawful possession of a firearm by a felon

Date:    12/23/202

**/s/ Charmiane G. Claxton**
3:46 PM, Dec 23, 2025
*Issuing officer's signature*

City and state:    Memphis, TN

Charmiane G. Claxton, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/30/25 , and the person was arrested on *(date)* 1/2/2026
at *(city and state)* Memphis, TN .

Date: 1/2/2026

*Arresting officer's signature*

Madison Futrell  DUSM
*Printed name and title*